

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2016

No. 04-16-00017-CR

James **MOODY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court No. 413867
The Honorable Robert Behrens, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file a pro se appellant's brief is **granted**. We order appellant, James Moody, to file his pro se appellant's brief by January 10, 2017. Appellant is advised that no further extensions of time will be granted absent a timely motion that (1) provides specific facts demonstrating extraordinary circumstances justifying further delay, (2) advises the court of the efforts appellant has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court